**Order entered April 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00018-CV

**MICHAEL SUTTON, Appellant**

**V.**

**OCTAPHARMA PLASMA INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06879**

### ORDER

Before the Court is appellant's April 15, 2020 unopposed third motion for an extension of time to file the clerk's and reporter's records. We **GRANT** the motion and extend the time to **May 15, 2020**. We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk; Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court; and, all parties.

/s/     KEN MOLBERG
         JUSTICE